In the Matter of Proving the Will of BARBARA GRANACHER, Deceased.

JOSEPH FORSTER, Appellant; LORENZ GRANACHER, Respondent.

*Matter of Granacher*, 74 App. Div. 567, affirmed.
(Argued February 11, 1903; decided March 3, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 8, 1902, which affirmed a decree of the Erie County Surrogate's Court establishing the lost will of Barbara Granacher, deceased, and admitting the same to probate.

*Robert C. Titus* and *Carlton E. Ladd* for appellant.

*Devoe P. Hodson* for respondent.

Order affirmed, with costs, on the ground that the findings of fact by the surrogate having been affirmed unanimously by the Appellate Division, we are prevented from examining the questions argued; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: O'BRIEN, J.